**No. 44953.**—Protest 851351–G of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of tennis rackets similar to those the subject of *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573).   The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 44954.**—Protest 823902–G of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of tennis rackets similar to those the subject of *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573).   The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 44955.**—Protests 818658–G, etc., of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of tennis rackets similar to those the subject of *Woolworth* v. *United States* (T. D. 48573).   The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 44956.**—Protest 730180–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise is uninflated rubber balls or so-called beach balls the same as those the subject of *Woolworth* v. *United States* (T. D. 48231) and *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770).   The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 44957.**—Protests 818652–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise is uninflated rubber balls or so-called beach balls the same as those the subject of *Woolworth* v. *United States* (T. D. 48231) and *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770).   The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 44958.**—Protests 784102–G, etc., of Wm. Shaland (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel tin kazoos the same as those the subject of Abstract 32264 were held dutiable at 45 percent under paragraph 397 as claimed, and uninflated rubber balls or so-called beach balls the same as those the subject of *Woolworth* v. *United States* (T. D. 48231) and *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) were held dutiable at 30 percent under paragraph 1502.